**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |  |
|---|---|---|---|
| In Re: | MICHAEL D FENTON | § | Case No.: 10-49328 |
|  | LISA V FENTON | § |  |
|  |  | § |  |
|  |  | § |  |
|  |  | § |  |
|  | Debtor(s) | § |  |

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 11/02/2010.

2)   This case was confirmed on 12/29/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/12/2011.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 06/08/2011, 10/12/2011, 01/11/2012.

5)   The case was dismissed on 03/07/2012.

6)   Number of months from filing to the last payment:  15

7)   Number of months case was pending:  20

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    33,300.00

10)   Amount of unsecured claims discharged without payment $      .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
======================================================================
| Receipts:                                                          |
|        Total paid by or on behalf of the debtor      $   13,101.00  |
|        Less amount refunded to debtor                $        .00   |
| NET RECEIPTS                                         $   13,101.00  |
======================================================================

======================================================================
| Expenses of Administration:                                        |
|                                                                     |
|        Attorney's Fees Paid through the Plan         $    3,500.00  |
|        Court Costs                                   $        .00   |
|        Trustee  Expenses and Compensation            $      653.15  |
|        Other                                         $        .00   |
|                                                                     |
| TOTAL EXPENSES OF ADMINISTRATION                     $    4,153.15  |
|                                                                     |
| Attorney fees paid and disclosed by debtor           $        .00   |
======================================================================
```

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | UNSECURED | 9,000.00 | 12,544.76 | 12,544.76 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 2,433.00 | 2,433.11 | 2,433.11 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 10,782.00 | 10,782.82 | 10,782.82 | .00 | .00 |
| ALLIED WASTE/GROEN W | UNSECURED | 118.83 | 176.00 | 176.00 | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 10,350.00 | 25,982.00 | 25,982.00 | 5,650.43 | 841.36 |
| WELLS FARGO AUTO FIN | UNSECURED | 15,632.00 | 444.34 | 444.31 | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED | 1,000.00 | 2,614.99 | 1,000.00 | 58.83 | 34.65 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,614.00 | .00 | 1,614.99 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 4,500.00 | .00 | 4,500.00 | 2,321.08 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 174,000.00 | 188,834.68 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | NA | 40,920.56 | 41,270.56 | .00 | .00 |
| 111TH & WESTERN CURR | UNSECURED | 2,800.00 | NA | NA | .00 | .00 |
| OAK LAWN MRI | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 4,180.00 | 4,408.92 | 4,408.92 | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 607.63 | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 2,500.00 | 2,139.59 | 2,139.59 | .00 | .00 |
| CANDICA LLC | UNSECURED | 2,354.00 | 2,466.08 | 2,466.08 | .00 | .00 |
| CANDICA LLC | UNSECURED | 597.00 | 602.38 | 602.38 | .00 | .00 |
| CHASE CC | UNSECURED | 629.00 | NA | NA | .00 | .00 |
| CHICAGO CHRISTIAN CO | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CITY COLLEGE OF CHIC | UNSECURED | 2,921.39 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMCAST | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INS | UNSECURED | 238.79 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 648.00 | 680.79 | 680.79 | .00 | .00 |
| DIABETES OSTEOPOROSI | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| EAR NOSE AND THROAT | UNSECURED | 194.90 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYS | UNSECURED | 83.00 | 719.00 | 719.00 | .00 | .00 |
| US CELLULAR CORP CHI | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 356.00 | NA | NA | .00 | .00 |
| IC SYSTEM | UNSECURED | 182.00 | 182.00 | 182.00 | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 503.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 482.00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL | UNSECURED | 77.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT | UNSECURED | 568.40 | 568.40 | 568.40 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 2,286.72 | 2,400.38 | 2,400.38 | .00 | .00 |
| JACK H ROTTNER | UNSECURED | 34,280.21 | NA | NA | .00 | .00 |
| LAWN MEDICAL CENTER | UNSECURED | 425.00 | 440.80 | 440.80 | .00 | .00 |
| MALCOM S GERALD & AS | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| METROSOUTH MEDICAL C | UNSECURED | 340.29 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 18.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 568.00 | NA | NA | .00 | .00 |
| GREGORY EMERGENCY PH | UNSECURED | 264.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGIST | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 3.00 | NA | NA | .00 | .00 |
| PARKVIEW ORTHOPAEDIC | UNSECURED | 17.00 | NA | NA | .00 | .00 |
| PBC OF MARYLAND | UNSECURED | 16,167.78 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 541.00 | NA | NA | .00 | .00 |
| PTSIR | UNSECURED | 312.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| SEAHORSE WATER CONDI | UNSECURED | 3,100.00 | NA | NA | .00 | .00 |
| SKO BRENNEER AMERICA | UNSECURED | 91.80 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 208.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| UNIMED LTD | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| WEISFIELD JEWELERS | UNSECURED | 1,614.00 | NA | NA | .00 | .00 |
| XRIMZ LLC | UNSECURED | 3,835.00 | NA | NA | .00 | .00 |
| HSBC MORTGAGE SERV | OTHER | NA | NA | NA | .00 | .00 |
| HSBC MORTGAGE SERVIC | OTHER | NA | NA | NA | .00 | .00 |
| CENTRIX FUNDS | SECURED | NA | 16,094.13 | .00 | .00 | .00 |
| CENTRIX FUNDS | UNSECURED | NA | .00 | 16,094.13 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 41.50 | 41.50 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 4,807.42 | 4,807.42 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 41,270.56 | .00 | .00 |
| Debt Secured by Vehicle | 25,982.00 | 5,650.43 | 841.36 |
| All Other Secured | 5,500.00 | 2,379.91 | 34.65 |
| **TOTAL SECURED:** | 72,752.56 | 8,030.34 | 876.01 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,848.92 | 41.50 | .00 |
| **TOTAL PRIORITY:** | 4,848.92 | 41.50 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 58,698.46 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 4,153.15 |
| Disbursements to Creditors | $ | 8,947.85 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 13,101.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   07/02/2012          /s/ Tom  Vaughn
                             Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**